UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON DOCKET
JUN 2 4 2010**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| CASSANDRA ROCHELLE DOSS, | ) | CASE NO. 09-86065 - MHM |
| | ) | |
| Debtor | ) | |

### ORDER FOR PAYMENT TO DEBTOR
### FROM REGISTRY OF COURT

On May 12, 2010, Debtor filed a *Petition for Payment of Unclaimed Funds* (Doc. No. 35), which seeks the recovery of funds that the Chapter 13 Trustee attempted to refund to Debtor after dismissal of her case. Debtor's address has been corrected of record. No hearing is necessary. For good cause shown and no opposition by Trustee, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall pay to Debtor at the address shown herein the $1,289.46 being held in the registry.

**The Clerk, U.S. Bankruptcy Court, is directed to serve** a copy of this order upon Debtor, Debtor's attorney, and the Chapter 13 Trustee.

IT IS SO ORDERED, this the 22 day of June, 2010.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared by,

*/s/ A. Michael Washington/*

A. Michael Washington
GA Bar #738912
Attorney for Debtor
CLARK & WASHINGTON, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA   30341
(404) 522-2222

NO OPPOSITION *Adam Goodman by A. Michael Washington with Express Permission*

Adam M. Goodman
GA Bar #300887
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta  GA   30303

**DISTRIBUTION LIST**

CLARK & WASHINGTON, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta  GA   30341

Adam Goodman - Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Cassandra Rochelle Doss
2135 Upton Square
McDonough, GA   30253

United States Trustee
1800 Richard Russell Bldg
75 Spring Street, SE
Atlanta, GA   30303